McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Cheryl A. Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
Mandy Vogel
Nevada Bar No. 16150
  mandy.vogel@mccormickbarstow.com
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for CSAA GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICE CHIGAS, an individual, and THOMAS CHIGAS, an individual,<br><br>Plaintiffs<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY, and DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant | Case No. 2:25-cv-01946-CDS-MDC<br><br>**STIPULATION**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiffs ALICE CHIGAS and THOMAS CHIGAS, by and through their counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through their counsel of record that the above-entitled matter be dismissed with prejudice

/ / /

/ / /

/ / /

/ / /

/ / /

against Defendant CSAA GENERAL INSURANCE COMPANY, the parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: ~~December~~ January 8, 2026

HANRATTY LAW GROUP

By: _____
Kevin M. Hanratty
Nevada Bar No. 7734
Ani Biesieda
Nevada Bar No. 14347
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Tel. (702) 821-1379

Attorneys for Alice Chigas and Thomas Chigas

Dated: ~~December XX, 2025~~ January 9, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Mandy Vogel, Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for CSAA General Insurance Company

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 12, 2026

Submitted By:

**MCCORMICK BARSTOW LLP**

/s/ Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Mandy Vogel, Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for CSAA General Insurance Company